378 A.2d 849

**In re Estate of Paul A. HIBNER, Deceased.**

**Appeal of Sarah HIBNER, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 20, 1977.

Decided Oct. 7, 1977.

Ralph Schwartz, Philadelphia, for appellant.

Norman S. Berson, Philadelphia, for appellee, S. David Hineman, Admr. of Est. of Paul A. Hibner, Dec'd.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO, and PACKEL, JJ.

OPINION OF THE COURT

PER CURIAM.

Decree affirmed.   Each party pay own costs.